[Nos. 23019-8-III; 23026-1-III.  Division Three.  May 5, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID ALLEN MULROY, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL EUGENE MULROY, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 03-1-03944-7 and 03-1-03943-9, Gregory D. Sypolt, J., entered April 6 and May 6, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 23053-8-III.  Division Three.  May 5, 2005.]

*In the Matter of the Marriage of* STEVEN JONES, *Respondent*, and KELLY JONES-BUCHE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-3-00355-9, Evan E. Sperline, J., entered April 23, 2004. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 23982-9-III.  Division Three.  May 5, 2005.]

*In the Matter of the Personal Restraint of* MIGUEL ROJAS VALLE, *Petitioner*.

Petition for relief from personal restraint. *Granted in part* and *denied in part* by unpublished per curiam opinion.

[No. 52090-3-I.  Division One.  May 9, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PETER AXELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 02-1-00227-8, Vickie I. Churchill, J., entered March 4, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.